# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# FLINT DIVISION

In Re: NICHOLAS WILFRED BASTIAN     Case No. 11-33747-dof
       and ANN MARIA BASTIAN,
                    DEBTORS.
_____/    Chapter 7

AMERICAN EXPRESS BANK, FSB,

               PLAINTIFF,         Judge Daniel S. Opperman

   vs.

ANN M. BASTIAN                      Adv. No. 11-03531-dof
a/k/a ANN MARIA BASTIAN,
                 DEFENDANT.
_____/

## ORDER GRANTING FINAL JUDGMENT BY DEFAULT

Pursuant to Federal Rule of Bankruptcy Procedure 7055, Federal Rule of Civil Procedure 55(b) and pursuant to the Clerk's Entry of Default entered herein:

IT IS HEREBY ORDERED AND DECREED that the Plaintiff's Application for Entry of Default Judgment is granted and that the amount of $5,570.13, representing the debt at issue owed by the Defendant, Ann M. Bastian a/k/a Ann Maria Bastian, to the Plaintiff, American Express Bank, FSB, is nondischargeable pursuant to 11 U.S.C. §523(a)(2)(A) and §523(a)(2)(C) and judgment is entered in favor of the Plaintiff and against the Defendant in the amount of $5,570.13, plus costs in the amount of $293.00 and attorneys' fees in the amount of $1,350.00, for a total nondischargeable judgment of $7,213.13, plus interest at the legal rate.

.

**Signed on December 23, 2011**

                                            **/s/ Daniel S. Opperman**
                                            **Daniel S. Opperman**
                                            **United States Bankruptcy Judge**

# EXHIBIT G